**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00084-LTB

BONNIE MARTINEZ,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

    THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 3 - filed February 8, 2008), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                   s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED: February 11, 2008